## EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES, Appellant, v. Frank HENRY.

### No. 10613.

Circuit Court of Appeals, Eighth Circuit.

Aug. 17, 1936.

Donald Evans, of Des Moines, Iowa, and Folsom Everest, of Council Bluffs, Iowa, for appellant.

Chester W. Whitmore, of Ottumwa, Iowa, for appellee.

PER CURIAM.

Appeal dismissed at costs of appellant, but without taxation of attorney fee for appellee, on motion of appellant.

## EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES, Appellant, v. James M. PAUL.

### No. 10615.

Circuit Court of Appeals, Eighth Circuit.

Oct. 22, 1936.

For opinion below, see 13 F.Supp. 645.

Donald Evans, of Des Moines, Iowa, and Folsom Everest, of Council Bluffs, Iowa, for appellant.

F. V. Morgan, of Newton, Iowa, for appellee.

PER CURIAM.

Appeal dismissed, with costs on motion of appellant.

## Oliver ETZEL, Appellant, v. UNITED STATES of America.

### No. 10694.

Circuit Court of Appeals, Eighth Circuit.

Sept. 8, 1936.

Albert F. Kammann, of St. Louis, Mo., for appellant.

Harry C. Blanton, U. S. Atty., of Sikeston, Mo., and Henry G. Morris, Asst. U. S. Atty., of St. Louis, Mo.

PER CURIAM.

Appeal dismissed for failure to comply with rule IX of the Supreme Court in criminal cases, on notice and certificate of the clerk of the United States District Court under rule 38 of this court.

## Everett L. GOTT, Appellant, v. UNITED STATES of America, Appellee.

### No. 7054.

Circuit Court of Appeals, Sixth Circuit.

Oct. 12, 1936.

Trabue, Doolan, Helm & Helm, and Perry B. Miller, all of Louisville, Ky., for appellant.

Bunk Gardner, U. S. Atty., of Louisville, Ky.

Before HICKS, SIMONS, and ALLEN, Circuit Judges.

PER CURIAM.

This cause was heard on the transcript of the record and was argued by counsel, and it appearing that the record presents no reviewable question, Rose v. U. S., 69 F.(2d) 966 (C.C.A.6).

It is ordered and adjudged that the judgment of the District Court be, and the same is hereby, affirmed.